IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARKIBA JOHNSON, RICK ABBOTT,
TIMOTHY DEAL, JAMES HALL,
JUAN LERMA, RICHARD PEARSON,
TREVOR POWELL, CLAIBORNE LEE,
JIM BEELER, and MICHAEL HARRIS                           PLAINTIFFS

v.                   Case No. 4:09-cv-739-DPM

FRAC TECH SERVICES, LTD                                  DEFENDANT

ORDER

Plaintiffs' oral motions to dismiss Claiborne Lee and Richard Pearson without prejudice is granted. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2011