IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD JONES, ADC # 76111                                          PLAINTIFF

v.                         Case No. 5:10-cv-208-DPM

DOUGLAS DE ST. FELIX, Dr.
Diagnostic Unit, ADC; DOES,
Infirmary Staff, Randall L.
Williams Unit, ADC; AMY WEST,
Nurse, Randall L. Williams
Unit; and JUDITH MARIE SAVOY,
Nurse, Randall L. Williams Unit                                    DEFENDANTS

JUDGMENT

Jones's complaint and amended complaint are dismissed with prejudice.

An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2011